BARHAM, J., is of the opinion the evidence does not appreciatively show that relator was given the Boykin warnings.

TATE, J., concurs in denial. See State ex rel. LeBlanc v. Henderson, 261 La. 315, 259 So.2d 557 (1972).

DIXON, Justice, dissents.

I am unable to conclude that Boykin has been followed.

266 So.2d 215

STATE of Louisiana ex rel. Herman SMITH

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52642.

Sept. 18, 1972.

Writ refused. Considering the trial judge's return that he has ruled upon the application, this application for mandamus is now moot.